# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| Golda Barton, et al., | |
| Plaintiffs, | ORDER TO SHOW CAUSE |
| vs. | |
| Salt Lake City Corporation, et al., | Case No. 2:20-cv-00832-DBP |
| Defendants. | Magistrate Judge Dustin B. Pead |

Plaintiffs are hereby ordered to show cause why the above captioned case should not be dismissed for failure to prosecute. Plaintiffs are directed to respond in writing within 10 days from the date of this order and inform the Court of the status of the case and intentions to proceed. Failure to do so will result in dismissal of the case.

DATED this 13 April 2021.

_____
Dustin B. Pead
United States Magistrate Judge