Nathan S. Morris (9431)
**EISENBERG CUTT KENDELL & OLSON**
215 South State Street, Suite 900
Salt Lake City, Utah 84111
P: (801) 366-9100
F: (801) 350-0065
nmorris@eckolaw.com

Zachary J. Weyher (10846)
**TRUE WEST LEGAL**
1953 South 1100 East, #521524
Salt Lake City, UT 84152
(801) 750-5425
weyherlaw@gmail.com

*Attorneys for Plaintiff Golda Barton and L.C., a minor child*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GOLDA BARTON, individually and as mother and guardian of L.C., a minor child; MICHAEL CAMERON, individually and as father of L.C., <br><br>Plaintiffs, <br><br>vs. <br><br>OFFICER MATTHEW FARILLA, in an individual and official capacity; CHIEF MIKE BROWN, in an official capacity as police chief of the Salt Lake City, Police Department; SALT LAKE CITY CORPORATION; and DOE DEFENDANTS 1 THROUGH 10. <br><br>Defendants. | **PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE** <br><br><br> Civil No. 2:20-cv-832 <br><br> Magistrate Judge Dustin B. Pead |

Plaintiffs, through counsel of record, hereby respond to this Court's April 13, 2021 Order to Show Cause, wherein the Court requested to be informed of the status and intentions to proceed, and states as follows:

1. On December 23, 2020, David Mull, Senior City Attorney for Salt Lake City Attorney's Office, accepted service of process of Plaintiffs' First Amended Complaint and Jury Demand on behalf for Defendant Officer Matthew Farilla, Defendant Chief Mike Brown, and Defendant Salt Lake City Corporation. (*See* Document Nos. 4 – 6).

2. The signed Acceptances/Waivers of Service were filed with this Court on December 28, 2020. (*Id*.).

3. Subsequently, counsel for Plaintiffs agreed to provide an open-ended extension for Defendants to file their responsive pleadings pending attempts at early ADR.

4. The parties were unsuccessful in their resolution efforts, and the parties are now prepared to move forward with the case.

5. Once the Defendants file their responsive pleadings, Plaintiffs' counsel anticipates submitting the required Attorney's Planning Meeting Report and proposed Scheduling Order for entry by this Court.

DATED this 13th day of April, 2021.

**Eisenberg Cutt Kendell & Olson**

*/s/ Nathan S. Morris*
*Attorneys for Plaintiffs*