IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GOLDA BARTON, individually and as mother and guardian of L.C., a minor child; MICHAEL CAMERON, individually and as father of L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICER MATTHEW FARILLAS, in an individual and official capacity; CHIEF MIKE BROWN, in an official capacity as police chief of the Salt Lake City Police Department; SALT LAKE CITY CORPORATION; and DOE DEFENDANTS 1 THROUGH 10.<br><br>      Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:20-cv-00832-RJS-JCB<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Jared C. Bennett |

Before the court is the parties' Stipulated Motion to Dismiss with Prejudice,[1] filed pursuant to Federal Rule of Civil Procedure 41(a). Based on the Stipulated Motion to Dismiss, and good cause for granting that motion, IT IS HEREBY ORDRED, ADJUDGED AND DECREED that this action be dismissed with prejudice and each party to bear its own respective costs and attorney's fees.

SO ORDERED this 20th day of September, 2022.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 52.